UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MUHAMMED TILLISY,<br><br>             Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE<br>DEPARTMENT OF CORRECTIONS,<br>et. al.,<br><br>             Defendants. | CASE NO. 18-5695 RJB-JRC<br><br>ORDER DENYING APPEAL<br>FROM MAGISTRATE JUDGE<br>ORDER |

THIS MATTER comes before the Court on Plaintiff's appeal of an order of Magistrate Judge J. Richard Creatura denying Plaintiff's motion to appoint counsel without prejudice (Dkt. 30). Dkt. 33. The Court deems it unnecessary for Defendant to respond to the motion, which is otherwise ripe for consideration.

In denying Plaintiff's motion to appoint counsel, the magistrate judge explained that because there is no right to counsel in § 1983 cases and courts appoint counsel only in exceptional circumstances. After weighing the likelihood of success on the merits and the complexity of the case, the magistrate judge concluded that Plaintiff had not made a showing of

ORDER DENYING APPEAL FROM
MAGISTRATE JUDGE ORDER- 1

exceptional circumstances and denied the request for appointment of counsel without prejudice. Dkt. 30. Plaintiff was informed that he "may file a new motion for appointment of counsel once the case has further developed." *Id.*, at 3.

Plaintiff's appeal again argues that he has a vision impairment, making it difficult for his to see ordinary sized print. Dkt. 33. He asserts that he should be appointed counsel.

Fed. R. Civ. P. 72 (a) provides:

> (a) Nondispositive Matters**.** When a pretrial matter not dispositive of a party's claim or defense is referred to a magistrate judge to hear and decide, the magistrate judge must promptly conduct the required proceedings and, when appropriate, issue a written order stating the decision. A party may serve and file objections to the order within 14 days after being served with a copy. A party may not assign as error a defect in the order not timely objected to. The district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law.

Applied here, the magistrate judge's order, denying the motion to appoint counsel without prejudice, (Dkt. 30) should be affirmed. Plaintiff's appeal does not make a showing of clear error by the magistrate judge in his denial, without prejudice, of the request for appointment of counsel. *See Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Review of the Amended Complaint shows that even if Plaintiff had shown a likelihood of success on the merits, Plaintiff has demonstrated an ability to adequately articulate issues to the Court. The issues raised in the Amended Complaint are not overly complex. At this stage, the Plaintiff's appeal (Dkt. 33) should be denied and the order (Dkt. 30) affirmed. The case should be re-referred to U.S. Magistrate Judge J. Richard Creatura for further proceedings.

It is **ORDERED** that:

- Plaintiff's Notice of Appeal (Dkt. 33) **IS DENIED**.

- The Order Denying Motion to Appoint Counsel Without Prejudice (Dkt. 30) **IS AFFIRMED**;
- The case **IS RE-REFERRED** to U.S. Magistrate Judge J. Richard Creatura for further proceedings.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 5th day of March, 2019.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge