UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Muhammed Tillisy,

           Plaintiff,

v.

Washington Department of Corrections et al.,

           Defendants.

CASE NO. 3:18-CV-05695-RJB-JRC

ORDER DENYING MOTION FOR RECONSIDERATION

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. *See* Dkt. 1. Presently before the Court is plaintiff's motion for reconsideration of order denying motion to appoint counsel. Dkt. 63. After reviewing the motion for reconsideration and relevant record, the Court denies the motion as untimely.

A motion for reconsideration "shall be filed within fourteen days after the order to which it relates is filed." LCR 7(h)(2). Here, plaintiff has failed to timely file his motion for reconsideration. The order denying plaintiff's motion to appoint counsel was entered on the docket on April 4, 2019. *See* Dkt. 45. Thus, any motions for reconsideration were due by April

18, 2019. Plaintiff did not file his motion for reconsideration until August 6, 2019, which was over three months after the time for filing expired. The Court notes that plaintiff's previous motion to appoint counsel was denied without prejudice (Dkt. 45), so he may still file a renewed motion to appoint counsel. However, the motion before the Court specifically requests reconsideration of the Court's April 4, 2019 order and is untimely.

Therefore, the Court denies plaintiff's motion for reconsideration (Dkt. 63) as untimely.

Dated this 21st day of August, 2019.

*[signature]*

J. Richard Creatura
United States Magistrate Judge