UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MUHAMMED TILLISY,<br><br>                Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>                Defendants. | CASE NO. 3:18-cv-05695-RJB-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. The summary judgment motion (Dkt. 49) is granted. The Court dismisses with prejudice plaintiff's remaining claims.

(2) For purposes of any appeal, plaintiff's *in forma pauperis* status is *not* revoked.

///

1     (3) The Clerk shall close the case and send copies of this order to plaintiff and Judge
2 Creatura.

3     Dated this 31st day of August, 2020.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge